**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRISTOFER BUENO JESUS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | No. 26-cv-0256 |
| v. | : | |
| | : | |
| J.L. JAMISON, et al., | : | |
| Respondents. | | |

## ORDER

**AND NOW**, this 16th day of January, 2026, at 2:00 p.m., upon consideration of

Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) it is hereby **ORDERED** that

said Motion is **GRANTED** as follows:

1.      To prevent Petitioner from suffering irreparable injury in the nature of

deportation, Respondents are **ENJOINED** from removing or transferring Petitioner from the

Eastern District of Pennsylvania.

2.      Respondents shall file any opposition to the request for preliminary injunctive

relief on or before **Tuesday, January 20, 2026**.

3.      A video status conference on said Motion will be held before the Court on

**Tuesday, January 20, 2026 at 10:00 a.m.** Counsel shall appear by video and will be notified by

Chambers staff via email with video links and instructions on how to participate remotely.

4.      Petitioner's Motion for a Temporary Restraining Order is denied in all other

respects.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**